JEREMIAH F. LYNCH, Respondent, *v.* AMERICAN LINSEED COMPANY, Appellant.

*Lynch* v. *American Linseed Co.*, 122 App. Div. 428, affirmed.
(Argued January 25, 1909; decided February 9, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 3, 1907, unanimously affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Frederick Hulse* for appellant.

*Richard J. Donovan, George M. Pinney, Jr.,* and *Herbert D. Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.